UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BRANDEE HART,

        Plaintiff,                                  Case No.  24-cv-12136

v.

                                                HON. MARK A. GOLDSMITH

YVONNE BRANTLEY et al.,

        Defendants.

_____/

### ORDER GRANTING PLAINTIFF'S MOTION FOR ALTERNATE SERVICE OF PROCESS (Dkt. 4)

Before the Court is Plaintiff Brandee Hart's motion for alternate service of process (Dkt. 4). The Court grants the motion. Hart is permitted to serve Defendant Yvonne Brantley with the summons and a copy of the complaint by (i) posting a copy to the front door of Brantley's residence, and (ii) mailing a copy to the address of Brantley's residence.

SO ORDERED.

Dated: September 5, 2024                          s/Mark A. Goldsmith
       Detroit, Michigan                             MARK A. GOLDSMITH
                                                            United States District Judge

### CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on September 5, 2024.

                                                                        s/ Holly Ryan
                                                                        Case Manager